UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ASI, INC., as successor in interest to
AVIVA SPORTS, INC.,

    Plaintiff,

  v.

MANLEY TOYS, LTD., d/b/a TOY QUEST,

    Defendant,

  v.

COSTCO WHOLESALE CORPORATION,

    Garnishee.

Case No. MC15-0145RSL

STAY ORDER

  In response to the Court's June 25, 2018, Order to Show Cause, plaintiff provided notice that an automatic bankruptcy stay precluding execution against defendant's property and assets has arisen. This matter is therefore STAYED, and the Clerk of Court is directed to enter a statistical termination. Such termination is entered solely for the purpose of removing this case from the Court's active calendar. Plaintiff shall, within fourteen days of the resolution of its appeal to the United States District Court for the District of New Jersey, file a status report regarding the bankruptcy proceedings and the status of this case.

  Dated this 9th day of July, 2018.

            */s/ Robert S. Lasnik*
            Robert S. Lasnik
            United States District Judge

STAY ORDER